# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 246 WAL 2014

                  Respondent      :

                              : Petition for Allowance of Appeal from the
                              : Order of the Superior Court
             v.            :

                              :
                              :

DALBERT TYRONE BANKS,      :

                  Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.